STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH WADEMAN, DEFENDANT-PETITIONER.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

January 13, 1958. Denied.

CAROLYN SCHNURER, INC., *ET AL.*, PLAINTIFFS-RE-SPONDENTS, v. MILTON STEIN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. McGlynn, Stein & McGlynn* for the petitioners.

*Mr. Bernard Shurkin* for the respondents.

January 13, 1958. Denied.